**Gmail**

**Yazmin Soto <yazminsoto580@gmail.com>**

---

## Get Started with Priority Concepts
1 message

---

**Priority Concepts Inc** <info@priorityconceptsinc.com>                      Wed, Oct 26, 2022 at 9:59 AM
To: "yazminsoto580@gmail.com" <yazminsoto580@gmail.com>, "d.yanush@nytribecagroup.com"
<d.yanush@nytribecagroup.com>

Hello,

I'm checking in to see if you have heard about the Employee Retention Credit (ERC) program.

I have been working with Priority Concepts for a number of others clients and thought you might want to explore your options as well.

ERC is a refund in the form of a grant and can return up to $26,000 per employee, based on wages, healthcare and other personnel related expenses that business owners, like yourself, have already paid. Unlike the Payroll Protection Plan (PPP), all businesses can qualify for ERC since you don't necessarily have to show a decline in revenues (though that helps).

The good news is the Priority Concepts team will explain the qualification process, analyze your business and submit everything needed to secure the grant at no upfront cost to you.

Simply click on this link to get started: https://www.priorityconceptsinc.com/getstarted?rgid=3NJQAZ

Thank you!

Dmytro Yanush
info@priorityconceptsinc.com
718-593-6658

 **Gmail**

**Yazmin Soto <yazminsoto580@gmail.com>**

---

## Working Capital Lending/Employee Retention Credit Referrals - NYTG

6 messages

---

**Dmytro Yanush <d.yanush@nytribecagroup.com>**                    Wed, Oct 26, 2022 at 12:03 PM
To: "yazminsoto580@gmail.com" <yazminsoto580@gmail.com>

Hello,

I hope you're having a wonderful day. This is Dmytri with the New York Tribeca Group. Our company specializes in providing working capital to business owners such as yourself. We aim to provide funding to our clients in 24 hours or less. If you have more than 5 W2 employees, you might be eligible for federal grants even if you have PPP loans. Please note that this is a grant and you will not have to pay it back. The grant amount is around **$26,000** per W2 Employee. We also offer Working Capital Loans, Merchant Cash Advances, Consolidations, Asset Based Lending and Lines of Credit. As stated before, we can approve you and get you funded the same day. The minimum requirements for the following programs are below.

- **Credit score of** 450 **or above** -
- **Monthly gross revenue greater than $**5,000 -
- 3 **Months of business bank statements** -
- **Being in business for at least** 1 **year** -
- **Lending limit** $5,000 **to S5,000,000** -

Please use the link below to access our website, so you can fill out the application. There you can upload the last 3 months of business bank statements and a month to date statement.

**Working Capital Link Below**

https://www.nytribecagroup.com/application/?d.yanush@nytribecagroup.com

**ERC Link Below - Free to Apply**

https://www.priorityconceptsinc.com/getstarted?rgid=3NJQAZ

We also offer secured programs that can net you working capital **7** times your monthly revenue. If you have collateral, please fill out the "Real Estate Asset Sheet" on our website when filling out the application.
In regards to consolidations and lines of credit. When filling out the application, please include your existing position if you have any and let us know if you would like to consolidate. If qualified, we will buy out your existing debt and restructure the payments so they become more manageable depending on one's needs. For line of credit, please check off the "line of credit" option in the application when filling it out on our website. Merchant Cash Advances aren't a loan, because one is selling their future account receivables to the lender at a discounted rate. The benefit of Advances is that the threshold to be approved isn't as strict as traditional loans.

If you have any questions about our unsecured/secured programs, please call or text me at (718)-593-6658.

*Best Regards,*

 **Dmytri Yanush**
Account Manager
**New York Tribeca Group**
40 Wall Street, 43rd Floor, New York, NY 10005
phone: (718) 593-6658  fax: (866) 331-6040
email: d.yanush@nytribecagroup.com
website: www.nytribecagroup.com

Gmail - (no subject)



11:42                          ⠀⠀5G ▭

‹ 16

+1 (732) 334-3345

Text Message
Fri, Oct 28 at 11:23 AM

Good Afternoon, this is Dmytro
Yanush with The New York
Tribeca Group, I just wanted to
confirm if you have received my
email in regards to capital
funding for your business. We
have some great offers going on.
Please let me know if you are still
interested so we can set up a call
when you're available. Have a
great day!

Regards,
Dmytro Yanush

. Reply STOP to unsubscribe.

Sun, Oct 30 at 9:56 AM

Hello Hasnain,
This is Dmytro Yanush from New
York Tribeca Group Underwriting
Dept. When can we schedule a
call to complete the application,
and go over funding terms we
have for your business? I am not
here to waste your time or mine.

◻  Ⓐ    Text Message            🎤

✳  Ⓐ  ᐧᐧᐧ  🍎Cash  ◎  🔍  😀

# T · ·Mobile·

This message was sent to you by a T-Mobile wireless phone.

Gmail - (no subject)



11:43

+1 (732) 334-3345
Sun, Oct 30 at 9:51 AM

Hello Hasnain,
This is Dmytro Yanush from New York Tribeca Group Underwriting Dept. When can we schedule a call to complete the application, and go over funding terms we have for your business? I am not here to waste your time or mine. Please keep me posted on a good time for you, and How much Money you need right now!
Thank you,  Dmytro Yanush

Tue, Nov 1 at 11:04 AM

Hi Hasnain,

Unfortunately I was not able to reach you today at 915-820-1859. As I mentioned on the phone last time we spoke, we have the following options for your business:
-Advances up to $2,000,000 Under 48 hours
-Consolidation to lower your payments

Gmail - (no subject)

 Gmail

**Yazmin Soto <yazminsoto580@gmail.com>**

## (no subject)
1 message

**+19158201859@tmomail.net** <+19158201859@tmomail.net>
To: yazminsoto580@gmail.com

Fri, Jan 13, 2023 at 11:44 AM

