

# U.S. District Court

### Texas Western - El Paso

Receipt Date: Jan 20, 2023 11:21AM

YAZMIN GONZALEZ
14205 CHARLES POLLOCK
EL PASO, TX 79938

| Rcpt. No: 824 | Trans. Date: Jan 20, 2023 11:21AM | Cashier ID: #JM |

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| MO | Money Order | #28511393591 | 01/19/2023 | $402.00 |
| | | | Total Due Prior to Payment: | $402.00 |
| | | | Total Tendered: | $402.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments:** CIVIL FILING FEE, DTXW323-CV-000031-DCG, GONZALEZ V. NEW YORK TRIBECA GROUP, LLC

Clerk, U.S. District Court - El Paso Division - 525 Magoffin Avenue, Suite 105, El Paso, TX 79901 - (915) 534-6725 - www.txwd.uscourts.gov