AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| YAZMIN GONZALEZ<br><br>*Plaintiff(s)*<br>v.<br>NEW YORK TRIBECA GROUP, LLC a New York Limited Liability Corporation<br><br>*Defendant(s)* | Civil Action No.<br><br>**EP23CV0031** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* New York Tribeca Group, LLC
c/o registered agent New York Tribeca Group LLC
40 Wall St 43rd floor
New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Yazmin Gonzalez
Plaintiff, Pro Se
14205 Charles Pollock
El Paso, TX 79938
915-820-1859

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PHILIP J. DEVLIN
*CLERK OF COURT*

Date: 01/20/2023

*Signature of Clerk or Deputy Clerk*