**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **YAZMIN GONZALEZ**, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | |
| | § | **EP-23-CV-00031-DCG** |
| **NEW YORK TRIBECA GROUP, LLC**, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

**ORDER**

Plaintiff Yazmin Gonzalez has filed a Motion to Dismiss her case.[1]  *See* Mot., ECF No.

7.  After carefully considering Plaintiff's Motion, the Court issues the following orders:

Plaintiff Yazmin Gonzalez's "Motion to Dismiss with Prejudice" (ECF No. 7) is

**GRANTED**.

All claims asserted by Plaintiff Yazmin Gonzalez in this action against Defendant New

York Tribeca Group, LLC are **DISMISSED WITH PREJUDICE**.

The Clerk of Court shall **CLOSE** this case.

**So ORDERED and SIGNED this 22nd day of March 2023.**

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff did not need to file a motion to dismiss; rather, she should have filed a notice of dismissal.  *See* FED. R. CIV. P. 41(a)(1)(A) (allowing parties to dismiss an action "[w]ithout a [c]ourt [o]rder" under certain circumstances).  Nevertheless, the Court will consider Plaintiff's Motion.